## AETNA CASUALTY & SURETY CO v SILVESTRO

Ohio Supreme Court

No 23111.   Decided March 9, 1932

Marshall, CJ., Jones, Day, Allen, Kinkade and Stephenson, JJ, concur.
Full opinion will be published later. Watch **Omnibus Index**.

## FOSTORIA (city) et v STATE ex BINLEY

Ohio Supreme Court

No 23182.   Decided March 9, 1932

Jones, Matthias, Day, Kinkade and Stephenson, JJ, concur. Marshall, CJ, concurs in judgment.
Full opinion will be published later. Watch **Omnibus Index**.

## STATE ex GRIFFEY v INDUST COMM

Ohio Supreme Court

No 23159.   Decided March 9, 1932

Jones, Day, Allen, Kinkade and Stephenson, JJ, concur.   Matthias, J, not participating.
Full opinion will be published later. Watch **Omnibus Index**.